UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

MOLOTOV PAULING,

                    Petitioner,

            v.

ROB McKENNA, Attorney General of the State
of Washington,

                    Respondent.

CASE NO. C04-2203C

ORDER

    This matter comes before the Court on Petitioner Molotov Pauling's motion to expand the record in his habeas petition (Dkt. No. 29) by filing excerpts of closing argument and the trial court's findings in his state criminal trial. Respondent does not oppose Petitioner's request, and in fact, offers to further expand the record by filing the entire trial transcript as well as the trial judge's findings of fact and conclusions of law (*see* Dkt. No. 30).

    Accordingly, the Court GRANTS Petitioner's motion to expand the record. The Court will consider the entire trial transcript, findings of fact, and conclusions of law in its de novo review of the Report and Recommendation in this matter.

//

//

ORDER – 1

1    SO ORDERED this 17th day of October, 2005.

2

3

4    UNITED STATES DISTRICT JUDGE

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26   ORDER – 2